UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 15, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY HOGGE,<br><br>Defendant. | Case No.  2:14-mj-000242-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __KIMBERLY HOGGE__ ,

Case No.  __2:14-mj-000242-CKD__  from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $  50,000

__X__   Unsecured Appearance Bond $  50,000, cosigned by Duane Hogge

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Special conditions of release

Issued at Sacramento, California on October 15, 2014 at  2:00 pm

By: _____

Magistrate Judge Carolyn K. Delaney