1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
    KIMBERLY HOGGE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   2:14-MJ-00242-CKD
                                        )
12           Plaintiff,                 )   WAIVER OF DEFENDANT'S PRESENCE
                                        )
13      v.                              )
                                        )
14  KIMBERLY HOGGE,                     )
                                        )   Judge:  Kendall J. Newman
15           Defendant.                 )
                                        )
16

17      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant , KIMBERLY

18  HOGGE, hereby waives the right to be present in person in open court upon the hearing of any

19  motion or other proceeding in this case, including, but not limited to, when the case is set for

20  trial, when a continuance is ordered, and when any other action is taken by the court before or

21  after trial, specifically, appearances for any hearing regarding modification of conditions of

22  supervised release, except upon arraignment, plea, implanelment of jury and imposition of

23  sentence.

24      Defendant hereby requests the Court to proceed during every absence which the Court

25  may permit to this waiver; agrees that defendant's interests will be deemed represented at all

26  times by the presence of the defendant's attorney, the same as if the defendant were personally

27  present; and further agrees to be present in court ready for trial any day and hour the Court may

28

1  fix the defendant's absence.

2      The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

3  §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates

4  under that Act without the defendant's personal presence.

5      The original signed copy of this waiver is being preserved by the attorney undersigned.

6  Dated: October 15, 2014

                /s/ Kimberly Hogge
                KIMBERLY HOGGE
                Original retained by attorney

10      I agree and consent to my Client's waiver of appearance.

11  Dated:  October 20, 2014

                */s/ Linda C. Harter*

                LINDA C. HARTER
                Chief Assistant Federal Defender
                Attorney for Defendant
                KIMBERLY HOGGE

15      IT IS SO ORDERED.

16  Dated:  October 20, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance     -2-